FILED
Dec 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
LAURA-KATE BERNSTEIN
Trial Attorney
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAQUEL MOSQUEDA and<br>JIMMIE L. CARTER,<br><br>Defendants. | CASE NO. 1:24-cr-00307-JLT-SKO<br><br>VIOLATIONS: 18 U.S.C. § 241 – Conspiracy against Rights; 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law |

INDICTMENT

INTRODUCTORY ALLEGATIONS

At all times material to this Indictment:

1. The California State Prison-Corcoran, in Corcoran, California, was responsible for the custody, control, care, and safety of its inmates.

2. Defendant RAQUEL MOSQUEDA was employed as a correctional officer by California State Prison-Corcoran.

3. Defendant RAQUEL MOSQUEDA was on duty and acting in her official capacity as a

1 | correctional officer.

2 | 4. Defendant JIMMIE L. CARTER was an inmate at California State Prison-Corcoran.

3 | 5. J.M. was an inmate at California State Prison-Corcoran.

4 | 6. Paragraphs 1 through 5 are hereby incorporated into the charges as set forth below.

COUNT ONE: [18 U.S.C. § 241 – Conspiracy Against Rights]

The Grand Jury charges: T H A T

RAQUEL MOSQUEDA and JIMMIE L. CARTER

defendants herein, as follows:

7. Defendants RAQUEL MOSQUEDA and JIMMIE L. CARTER, on or around April 20, 2022, within the County of Kings in the Eastern District of California, while acting under the color of law, did knowingly and willfully conspire to injure, oppress, threaten and intimidate J.M. in the free exercise and enjoyment of the right, secured and protected by the Constitution and the laws of the United States, to be free from cruel and unusual punishment, which includes the right to be reasonably protected from the threat of violence by fellow inmates. Specifically, Defendant RAQUEL MOSQUEDA agreed with Defendant JIMMIE L. CARTER to permit Defendant JIMMIE L. CARTER to "get rid of" J.M, and facilitated the assault of J.M. by permitting Defendant JIMMIE L. CARTER and other inmates to enter J.M.'s cell and assault J.M.

All in violation of Title 18, United States Code, Section 241.

COUNT TWO: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Resulting in Bodily Injury]

The Grand Jury charges: T H A T

RAQUEL MOSQUEDA,

defendant herein, as follows:

8. Defendant RAQUEL MOSQUEDA, on or around April 20, 2022, within the County of Kings in the Eastern District of California, did, while acting under the color of law, willfully deprive J.M. of the right, secured and protected by the Constitution and the laws of the United States, to be free from cruel and unusual punishment, which includes the right to be reasonably protected from the threat of violence by fellow inmates. Specifically, the defendant facilitated the assault of J.M. by permitting

INDICTMENT

2

Defendant JIMMIE L. CARTER and other inmates to enter J.M.'s cell and assault J.M. The defendant's conduct resulted in bodily injury to J.M.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

By: **KIMBERLY A. SANCHEZ**
_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office