No. _____

FILED
Dec 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

JIMMIE L. CARTER and
RAQUEL MOSQUEDA,

I N D I C T M E N T         1:24-cr-00307-JLT-SKO

**VIOLATION(S):**   18 U.S.C. § 241 – Conspiracy against Rights; 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

*A true bill,*

/S/
------------------------------
Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

------------------------------
Clerk.

*Bail, $* ___ PLEASE ISSUE SUMMONS TO APPEAR FOR MOSQUEDA; NO BAIL WARRANT AND WRIT FOR CARTER ___

[signature]

GPO 863 525

## United States v. Raquel Mosqueda
### Penalties for Indictment

### **COUNT 1:**

VIOLATION:   18 U.S.C. § 241 – Conspiracy Against Rights

PENALTIES:   Maximum 10 year prisons; or
Fine of up to $250,000; or both fine and imprisonment
Maximum 3 years of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### **COUNT 2:**

VIOLATION:   18 U.S.C. § 242 – Deprivation of Constitutional Rights

PENALTIES:   Maximum 10 years prison; or
Fine of up to $250,000; or both fine and imprisonment
Maximum 3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

## United States v. Jimmie L. Carter
## Penalties for Indictment

### COUNT 1:

VIOLATION:    18 U.S.C. § 241 – Conspiracy Against Rights

PENALTIES:    Maximum 10 year prisons; or
Fine of up to $250,000; or both fine and imprisonment
Maximum 3 years of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ✓ YES ☐ NO | PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

■ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense: **Kings County**

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City): **Eastern District of California, Fresno**

**DEFENDANT – – U.S. vs.**
**RAQUEL MOSQUEDA**

Address: **1:24-cr-00307-JLT-SKO**

Birth Date: (Optional unless a juvenile)
☐ Male   ☐ Alien
☐ Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **JP Butsch / FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **Debra De La Pena**
■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **KAREN A. ESCOBAR**
☐ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ■ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed:  Mo. / Day / Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. / Day / Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE SUMMONS TO APPEAR FOR DEFENDANT ON 12/23/2024

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☑ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense: Kings County

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City): Eastern District of California, Fresno

**DEFENDANT – – U.S. vs.**

JIMMIE L. CARTER

Address: 1:24-cr-00307-JLT-SKO

Birth Date: 
☐ Male  ☐ Alien (if applicable)
☐ Female
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): JP Butsch / FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Debra De La Pena

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): KAREN A. ESCOBAR
☐ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes  If "Yes," give date filed
☐ No
Mo. Day Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO-BAIL WARRANT AND WRIT FOR DEFENDANT