MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

KATHLEEN WOLFE
Deputy Assistant Attorney General
Civil Rights Division
LAURA-KATE BERNSTEIN
Trial Attorney
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAQUEL MOSQUEDA and<br>JIMMIE L. CARTER,<br><br>　　　　　　Defendants. | CASE NO. 1:24-CR-00307-JLT-SKO<br><br>STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME<br><br>DATE: April 16, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendants RAQUEL MOSQUEDA and JIMMIE L. CARTER, both individually and by and through their respective counsel of record, JEFFREY T. HAMMERSCHMIDT and GRIFFIN ESTES, hereby stipulate as follows:

   1.   This matter is currently set for a status conference on April 16, 2025.

   2.   By this stipulation, the parties jointly move to continue the status conference date to June 18, 2025.

   3.   Defense counsel is requesting additional time to review the discovery material in this

matter, conduct further investigation, and confer with their clients concerning the government's plea offers.

4. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 16, 2025, and June 18, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 8, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br><br>KATHLEEN WOLFE<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>LAURA-KATE BERNSTEIN<br>Trial Attorney<br>Criminal Section, Civil Rights Division<br>United States Department of Justice |
| Dated:  April 8, 2025 | /s/ JEFFREY T. HAMMERSCHMIDT<br>JEFFREY T. HAMMERSCHMIDT<br>Counsel for Defendant<br>RAQUEL MOSQUEDA |

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER                                2

Dated: April 8, 2025

/s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
JIMMIE L. CARTER

## ORDER

Having considered the stipulation of the parties and in light of defendant Mosqueda's arraignment date of December 23, 2024, and defendant Carters arraignment date of January 15, 2025, the status conference set for April 16, 2025, is vacated, and reset for June 18, 2025, at 1:00 p.m.

The Court finds that the interests of justice are served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) from April 16, 2025, to June 18, 2025.

IT IS SO ORDERED.

Dated:  **April 9, 2025**            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE