MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAQUEL MOSQUEDA and<br>JIMMIE L. CARTER,<br><br>Defendants. | CASE NO. 1:24-CR-00307-JLT-SKO<br><br>STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME; ORDER<br><br>DATE: June 18, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendants RAQUEL MOSQUEDA and JIMMIE L. CARTER, both individually and by and through their respective counsel of record, JEFFREY T. HAMMERSCHMIDT and GRIFFIN ESTES, hereby stipulate as follows:

1.    This matter is currently set for a status conference on June 18, 2025.

2.    By this stipulation, the parties jointly move to continue the status conference date to December 3, 2025.

3.    Defense counsel is requesting additional time to review the discovery material in this matter, conduct further investigation, and confer with their clients concerning the government's plea offers.

4.    The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 18, 2025, and December 3, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 27, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: May 27, 2025 | /s/ JEFFREY T. HAMMERSCHMIDT<br>JEFFREY T. HAMMERSCHMIDT<br>Counsel for Defendant<br>RAQUEL MOSQUEDA |
| Dated: May 27, 2025 | /s/ GRIFFIN ESTES<br>GRIFFIN ESTES<br>Counsel for Defendant<br>JIMMIE L. CARTER |

## **ORDER**

Having considered the stipulation of the parties, the status conference set for June 18, 2025, is vacated, and reset for December 3, 2025, at 1:00 p.m.

Further, finding that the interests of justice are served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) from June 18, 2025, to December 3, 2025.

The parties shall be prepared to select a mutually agreeable status conference at the December 3, 2025, status conference.

IT IS SO ORDERED

Dated: 5/29/2025

*Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge