1  ERIC GRANT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-00307-JLT-SKO

                        Plaintiff,        STIPULATION AND ORDER FOR
12                                         CONTINUANCE, TRIAL SETTING, AND
                 v.                        EXCLUSION OF TIME
13
   RAQUEL MOSQUEDA and                     DATE: December 3, 2025
14 JIMMIE L. CARTER,                       TIME: 1:00 p.m.
                                           COURT: Hon. Sheila K. Oberto
15                        Defendants.

16

17        Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney KAREN A. ESCOBAR, and defendants RAQUEL MOSQUEDA and JIMMIE L. CARTER,

19 both individually and by and through their respective counsel of record, JEFFREY T.

20 HAMMERSCHMIDT and GRIFFIN ESTES, hereby stipulate as follows:

21        1.      This matter is currently set for a status conference on December 3, 2025.

22        2.      By this stipulation, the parties jointly move to continue the status conference date to

23 August 5,  2026, and set the matter for trial on February 9, 2027.

24        3.      Defense counsel is requesting additional time to review the discovery material in this

25 matter, conduct further investigation, and prepare for trial.  Further, counsel for Defendant Carter

26 advised that a 2027 trial date is necessary to accommodate his work schedule and indicated he has

27 several other trials set in 2026.

28        4.      The parties further agree that the interests of justice served by granting this continuance

STIPULATION AND ORDER                    1

outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 3, 2025, and February 9, 2027, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  November 19, 2025                    ERIC GRANT
                                            United States Attorney

                                            /s/ KAREN A. ESCOBAR
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney

Dated:  November 19, 2025                    /s/ JEFFREY T.
                                            HAMMERSCHMIDT
                                            JEFFREY T.
                                            HAMMERSCHMIDT
                                            Counsel for Defendant
                                            RAQUEL MOSQUEDA

Dated:  November 19, 2025                    /s/ GRIFFIN ESTES
                                            GRIFFIN ESTES
                                            Counsel for Defendant
                                            JIMMIE L. CARTER

### **ORDER**

Having considered the stipulation of the parties, the status conference set for December 3, 2025, is vacated, and reset for August 5, 2026, at 1:00 p.m.  Trial in this matter is also set for February 9, 2027.

Further, finding that the interests of justice are served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) from December 3, 2025, to February 9, 2027.

IT IS SO ORDERED.

Dated:  **November 20, 2025**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE