# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAQUEL MOSQUEDA,<br>Defendant. | Case No. 1:24-cr-00307-JLT-SAB-1<br><br>ORDER REQUIRING ATTORNEY JEFFREY HAMMERSCHMIDT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR<br><br>**TWO-DAY DEADLINE** |

On December 19, 2024, Defendant Raquel Mosqueda was indicted on one count of conspiracy against rights, 18 U.S.C. § 241, and one count of deprivation of rights under color of law resulting in bodily injury, 18 U.S.C. § 242. (ECF No. 1.) Defendant was released on bond. (ECF No. 13.) As relevant here, on August 5, 2026, the Court held a status conference and granted a request to continue the matter to the Court's November 18, 2026 stats conference calendar. (ECF No. 36.) On November 18, 2026, the Court called the matter and neither Defendant nor her counsel Jeffrey Hammerschmidt were present. (ECF No. 48.) Other defense counsel then informed the Court that Hammerschmidt was ill, and he had stated that was going to get coverage. However, the Court observes that Hammerschmidt did not communicate this—or anything—with the Court nor did any other counsel appear on behalf of Hammerschmidt.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions

. . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court will require attorney Jeffrey Hammerschmidt to show cause as to why he failed to appear for the November 18, 2026 status conference.

Accordingly, IT IS HEREBY ORDERED that, within **two (2) days** from the date of entry of this order, Jeffrey Hammerschmidt shall show cause in writing why sanctions should not be imposed for the failure of counsel to attend the November 18, 2026 status conference.

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge